STATE v. BRADY

No. 95 PC.

Case below: 18 N.C. App. 325.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. BRIGGS

No. 106 PC.

Case below: 18 N.C. App. 351.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. BROOKS

No. 108 PC.

Case below: 18 N.C. App. 349.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. FOUST

No. 97 PC.

Case below: 18 N.C. App. 133.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973. Motion of Attorney General to dismiss appeal allowed 12 July 1973.

STATE v. FULLERTON

No. 38.

Case below: 18 N.C. App. 303.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 July 1973.